**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

NICIE ANNE (SMITH) DILLEHAY                                                                 PLAINTIFF

v.                                      No. 4:08CV00019 JLH

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                                   DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the judgment of the Commissioner of the Social Security Administration is affirmed. Dillehay's complaint is dismissed with prejudice.

IT IS SO ORDERED this 8th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE